| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |

Chris Wayne Hoelscher

USDC Cr. Cs. #02-00004-001

SS#: XXX-XX-8148
DOB: XX-XX-1954



DATE December 6, 2005

YOU ARE AUTHORIZED TO TRAVEL TO    Los Cabos Mexico through Denver, Colorado

LEAVING    December 23, 2005    AND RETURNING    December 30, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

F I L E D
Clerk
District Court

PURPOSE OF THIS TRIP:

To pick up mother-in-law in Denver, Colorado and then join a family reunion in Los Cabos, DEC 6 2005
Mexico.

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while away from Bloomingdale, Illinois;
2. You shall call your probation officer in Saipan, Northern Mariana Islands and Peoria, Illinois as soon as you are aware of the need to remain away for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Bloomingdale, Illinois.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*Margarita DLG. Wonenberg*
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS _____

☒ APPROVED    ☐ DISAPPROVED

*Alex R. Munson*
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

December 2, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court
District Northern Mariana Islands
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

RE:   HOELSCHER, CHRIS W.
      USDC Cr. Cs. No.: 02-00004

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

Chris Wayne Hoelscher was sentenced to three years probation on August 9, 2004 for the offense of Health Care Fraud, in violation of 18 U.S.C. § 1347. Conditions of probation include that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from unlawful use of a controlled substance; drug testing is waived; not possess a firearm or other dangerous weapon; serve six months home confinement without electronic monitoring under the home detention component and abide by all the requirements of the program, and pay all or part of the costs of the program based on ability to pay as determined by the probation officer; during the period of home confinement, be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities pre-approved by the probation officer. Mr. Hoelscher was also ordered to pay restitution in the amount of $1,328.68, a fine in the amount of $5,000, and a special assessment fee of $100.

On August 10, 2004, Mr. Hoelscher satisfied his restitution, fine, and special assessment fee. Thereafter, he was allowed to return to Illiniois where he maintains residence at 14020 Jean Trace, Bloomington, Illinios 61704. He also maintains a chiropractic company called Eastland Chiropractic in Bloomington, Illinois. On October 24, 2004, Mr. Hoelscher's conditions were modified to include provisions required by the Central District of Illinois' home confinement program. On November 18, 2005, U.S. Probation Officer Patrick Howard verified that Mr. Hoelscher satisfied the terms of his home confinement and all other conditions of probation.

Travel Request Information
Re:   HOELSCHER, Chris W.
USDC Cr. Cs. No. 02-00004-001
December 2, 2005
Page 2


      On November 18, 2005, Mr. Hoelscher submitted a request to travel to Cabo San Lucas, Mexico, via Denver, Colorado, on December 23, 2005. The purpose of the travel is to join his wife, Debra Hoelscher, and her mother, Bernadine McNealy, in a family reunion in Cabo San Lucas from December 25, 2005 to December 30, 2005.  According to Mr. Hoelscher, the family reunion was arranged by his brother-in-law, Brad McNealy, for, Bernadine McNealy, who was diagnosed with terminal cancer.  Mr. Hoelscher will travel with his wife, and stay with Brad McNealy, from December 23, 2005 to December 25, 2005 at 5050 Lafayette Lane in Denver, Colorado.  The telephone number is (303) 761-8555. From December 25, 2005 through December 30, 2005, Mr. Hoelscher will be with his wife and her family at 221 Las Residencias En Puta Ballena in Los Cabos (Cabo San Lucas), Mexico.  The telephone number there is (720) 227-9188.  This officer supports this travel request for the dates noted above and seeks Court approval.

                                Respectfully Submitted,

                                FRANK MICHAEL CRUZ
                                Chief U. S. Probation Officer

By:                                    
                                MARGARITA DLG WONENBERG
                                U. S. Probation Officer


Reviewed by:


_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


cc:    File

**RECEIVED**

NOV 18 2005

U.S. Probation Office
District of NMI

# FAX COVER SHEET

**EASTLAND CHIROPRACTIC CENTER**
**220 N. ELDORADO ROAD**
**BLOOMINGTON, IL 61704**
**309-662-8418(PHONE)**
**309-662-8197(FAX)**

HOME 309-963-4418
FAX 309-963-4177

| Send to: MAGGIE NONENBERG | From: CHRIS HOELSCHER |
|---|---|
| Attention: | Date: 11/17/05 |
| Fax: 670-236-2992 | Re: ADDRESSES & PHONE NOS. |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please review
☒ For your information

Total pages, including cover: 1

**Comments:**

MAGGIE —

THE ADDRESS IN DENVER IS MY BROTHER-IN-LAW'S:

Cherry Hills

BRAD McNEALY
5050 LAFAYETTE LANE
DENVER, CO
303 761-8555

CABO: BRAD McNEALY
221 LAS RESIDENCIAS EN PUTA BALLENA
LOS CABOS, MEXICO
23410
720-227-9188

Thanks again!
Chris Hoelscher

GU/NMI - New Offender Orientation Packet Form 3
Rev. 02/02

## TRAVEL REQUEST FORM

Date: NOVEMBER 17, 2005
Name: CHRIS HOELSCHER
Address: 14020 JEAN TRACE
BLOOMINGTON, IL
61704 USA
Phone No.: 309-963-4418
Destination: CABO SAN LUCAS MEXICO VIA DENVER, CO, USA
Departure Date: DEC 23, 2005
Return Date: DEC 30, 2005
Purpose of Trip: FAMILY REUNION
(MOTHER-IN-LAW TERMINAL ILLNESS)

Persons traveling with: DEBRA HOELSCHER, JESSICA HOELSCHER, BRAD McNEALY, BERNADINE McNEALY, CAROL McNEALY, ERWIN McNEALY, Marshall, Rebecca, Braeden

### Accommodations will be verified:
Name: BRAD McNEALY
Address: 5050 LAFAYETTE LANE, DENVER, CO (12/23/05-12/25/05)
Phone Number: Area Code (303) 761-8535
221 LAS RESIDENCIAS EN PUTA BALLENA
LOS CABOS, MEXICO 23410
720-227-9188    (12/25/05-12/30/05)

### Mode of Transportation:
### Vehicle:
Make/Model: N/A
Tag Number:
Owner of Vehicle:

### Airline:
Name of Airline: PLEASE SEE ENCLOSED COMPLETE ITINERARY
Departure flight no. and time: UNITED 7319  2:27 PM  12/23/05
Return flight no. and time: UNITED 7299  5:23 PM  12/30/05

### Other Mode of Transportation:

FROM : HOELSCHER,CHRIS　　　　　　FAX NO. : 309-963-4177　　　　Nov. 13 2005 08:05PM P3

Case 1:02-cr-00004　Document 22　Filed 12/06/2005　Page 6 of 6

Yahoo! Mail - saipande@yahoo.com　　　　　　　　　　　　　　　　　Page 2 of 3

*Maggie —*

*Here's the itinerary. As soon as I know the address of where I hope to stay, I will fax or email*

*Thank You!*

*Chris*

ATTN: MAGGIE WURTZKERG
670-236-2992

### Bloomington, IL (BMI) to Denver, CO (DEN)　　　　Total Travel Time: 4hrs 52min

Please check in at UNITED EXPRESS/MESA AIRLINES ticket counter.

| Fri, Dec 23 | 02:27 PM to 03:29 PM | Bloomington, IL (BMI) to Chicago-Ohare, IL (ORD) 1hr 2min - nonstop | | United Airlines Flight 7319 Canadair Regional Jet- Economy Operated by UNITED EXPRESS/MESA AIRLINES |

>Extras
Requested Seats: 02C, 02D

Stop - Change planes in Chicago-Ohare, IL (ORD)
Connection Time: 1 hr 16 min

| Fri, Dec 23 | 04:45 PM to 06:19 PM | Chicago-Ohare, IL (ORD) to Denver, CO (DEN) 2hrs 34min - nonstop | | United Airlines Flight 253 Boeing 767 Jet- Economy |

>Extras
Requested Seats: 22H, 22J

### Denver, CO (DEN) to San Jose Cabo, Mexico (SJD)　　　　Total Travel Time: 3hrs 0min

Please check in at Frontier Airlines ticket counter.

| Sun, Dec 25 | 10:05 AM to 01:05 PM | Denver, CO (DEN) to San Jose Cabo, Mexico (SJD) 3hrs 0min nonstop | | Frontier Airlines Flight 71 Airbus Jet- Economy |

>Extras
Requested Seats: Check in at Airport for Seat Assignment.

### San Jose Cabo, Mexico (SJD) to Bloomington, IL (BMI)　　　　Total Travel Time: 8hrs 13min

Please check in at AMERICAN AIRLINES ticket counter.

| Fri, Dec 30 | 08:10 AM to 11:49 AM | San Jose Cabo, Mexico (SJD) to Dallas/Ft Worth, TX (DFW) 2hrs 39min - nonstop | | Mexicana De Aviacion Flight 3046 McDonnell Douglas MD00 Jet- Economy Operated by AMERICAN AIRLINES |

>Extras
Requested Seats: Check in at Airport for Seat Assignment.

Stop - Change planes in Dallas/Ft Worth, TX (DFW)
Connection Time: 1 hr 11 min

| Fri, Dec 30 | 01:00 PM to 03:22 PM | Dallas/Ft Worth, TX (DFW) to Chicago-Ohare, IL (ORD) 2hrs 22min - nonstop | | American Airlines Flight 2348 McDonnell Douglas SP80 Jet- Economy |

>Extras
Requested Seats: Check in at Airport for Seat Assignment.

Stop - Change planes in Chicago-Ohare, IL (ORD)
Connection Time: 1 hr 8 min

| Fri, Dec 30 | 04:30 PM to 05:23 PM | Chicago-Ohare, IL (ORD) to Bloomington, IL (BMI) 0hrs 53min - nonstop | | United Airlines Flight 7299 Canadair Regional Jet- Economy Operated by UNITED EXPRESS/MESA AIRLINES |

>Extras
Requested Seats: Check in at Airport for Seat Assignment.

### Passenger Information　　　　　　　　　　　　　　　　　　　　　　Back to top

| Passenger Name † | Airline | Frequent Flyer | Ticket Number †† |
|---|---|---|---|
| Debra Hoelscher | | You can add frequent flyer number at the airport. | 1324908545 |
| Chris Hoelscher | | You can add frequent flyer | 1324908547 |