| | | |
|---|---|---|
| **PROB 37**<br>(Rev. 7/71) | **UNITED STATES DISTRICT COURT**<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | **ADDRESS OF PROBATION OFFICE**<br><br>**U.S. PROBATION OFFICE**<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |

**Chris Wayne Hoelscher**
**USDC Cr. Cs. #02-00004-001**
**SS#: XXX-XX-8148**
**DOB: XX-XX-1954**
**HT: 5'8"  WT: 150 lbs.**



F I L E DATE _____ **April 14, 2006**
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    **Port Canaveral, Florida, and through the Caribbean**

LEAVING          **April 29, 2006**          AND RETURNING          **May 7, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

**To celebrate 25ᵗʰ Wedding Anniversary with wife, Debra Hoelscher.**

**SPECIAL INSTRUCTIONS:**    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while away from Bloomingdale, Illinois;**

**2. You shall call your probation officer in Peoria, Illinois as soon as you are aware of the need to remain away for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Bloomingdale, Illinois.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

NAME        N/A

ADDRESS

☒ APPROVED        ☐ DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00004-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| CHRIS W. HOELSCHER | ) | |
| Defendant. | ) | |
| _____ | ) | |

Chris Wayne Hoelscher was sentenced to three years probation on August 9, 2004 for the offense of Health Care Fraud, in violation of 18 U.S.C. § 1347. Conditions of probation include that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from unlawful use of a controlled substance; drug testing is waived; not possess a firearm or other dangerous weapon; serve six months home confinement without electronic monitoring under the home detention component and abide by all the requirements of the program, and pay all or part of the costs of the program based on ability to pay as determined by the probation officer; during the period of home confinement, be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities pre-approved by the probation officer. Mr. Hoelscher was also ordered to pay restitution in the amount of $1,328.68, a fine in the amount of $5,000, and a special assessment fee of $100. On October 29, 2004, conditions of probation were modified to include that the defendant serve six months home confinement with electronic monitoring under the home detention component and shall sign and abide by all the requirements of the program. Further, he was ordered to pay the costs of the electronic monitoring program, and during the term of home confinement, remain at his place of residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer. The Court ordered that the defendant be given credit for time served under home confinement.

On August 10, 2004, Mr. Hoelscher satisfied his restitution, fine, and special assessment fee. Thereafter, he was allowed to return to Bloomington, Illiniois, where he maintains his residence. He also maintains a chiropractic company called Eastland Chiropractic in Bloomington, Illinois. On April 4, 2006, U.S. Probation Officer Patrick Howard verified that Mr. Hoelscher satisfied the terms of his home confinement, and is in compliance with all other conditions of probation.

Travel Request Information
Re:    HOELSCHER, Chris W.
USDC Cr. Cs. No. 02-00004-001
April 14, 2006
Page 2

On March 30, 2006, Mr. Hoelscher submitted a request to travel to Port Canaveral, Florida, and then on to a cruise through the Caribbean Islands  The purpose of the travel is to celebrate with his wife, Debra Hoelscher, their 25th wedding anniversary.  Mr. Hoelscher is requesting to travel from April 29, 2006 to May 7, 2006.  He will travel to Orlando, Florida and Port Canaveral, Florida, where he will board the cruise ship, Mariner of the Seas.  The cruise will begin on May 1, 2006 to Cococay, Bahamas; Charlotte Amalia; St. Thomas; and Philipsburg, St. Maarten.  The cruise ship will end upon the ship's return to Port Canaveral, Florida, on May 7, 2006.  This Officer supports Mr. Hoeslcher's travel request for the dates noted above and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer,

By: _____
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File