PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
Clerk
District Court

SEP 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA

v.

CHRIS WAYNE HOELSCHER

CRIMINAL CASE NO.    02-00004-001

On ___August 9, 2004___ the above-named defendant was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

Reviewed by:
_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc: Timothy E. Moran, AUSA
    William M. Fitzgerald, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that Chris Wayne Hoelscher be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of September 2006.

_____
HONORABLE ALEX R. MUNSON
Chief District Judge
District of the Northern Mariana Islands

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, | ) <br> ) <br> ) | CRIMINAL CASE NO. 02-00004-001 |
| vs. | ) <br> ) | SPECIAL REPORT |
| CHRIS WAYNE HOELSCHER <br> Defendant. | ) <br> ) <br> ) <br> ) | |

Re:   **Request for Early Termination**

On August 9, 2004, Chris Wayne Hoelscher was sentenced in the District Court of the Northern Marianas Islands to a three year term of probation for Health Care Fraud, in violation of 18 U.S.C. § 1347. In addition to the mandatory and standard conditions, the Court also ordered the following:  that Mr. Hoelscher serve a six month term of home confinement under the home detention component and abide by the requirements of the program to include payment for all or part of the costs of the program; pay restitution to Staywell Insurance in the amount of $1,328.68; pay a fine amount of $5,000; and pay a special assessment fee of $100.

Mr. Hoelscher has been in compliance with his conditions of probation. He served his six month term of home confinement between August 17, 2004 and February 15, 2005, and paid for the costs of the program. He satisfied the $100 special assessment fee, the restitution order of $1,328.68, and the fine order of $5,000 on August 10, 2004. Mr. Hoelscher has made monthly office reports as required, and a criminal records check revealed no new arrests since his placement on probation.

Mr. Hoelscher is a practicing chiropractor in the state of Illinois. His practice is licensed and overseen by the Illinois State Medical Board. Recently, the Illinois State Medical Board imposed a requirement that Mr. Hoelscher submit quarterly compliance reports of his federal probation status, otherwise, risk losing his license. The Illinois probation office indicated that it will provide status reports to the state board, but will require Court approval.

SPECIAL REPORT
Request for Early Termination
Re:  HOELSCHER, CHRIS
USDC Cr. Cs. No. 02-00004-001
September 21, 2006
Page 2

Mr. Hoelscher has served over two of the three year probation term, which is set to expire on August 8, 2007. In light of his compliance to conditions of probation, this Officer moves for early termination of probation in this case. Assistant U.S. Attorney Timothy E. Moran had no objection to this request.

RESPECTFULLY submitted this _21st_ day of September 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG. WONENBERG
U.S. Probation Officer

Reviewed by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:  Timothy E. Moran, Assistant U.S. Attorney
     William M. Fitzgerald, Defense Counsel
     File